624

Opinion filed February 5, 1934.

Otto Kerner, Attorney General, for appellants; Earl B. Dickerson, Assistant Attorney General, of counsel. Stuart B. Krohn, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

June Mooney, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 37,062.

Opinion filed February 5, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. John A. Bloomingston, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Frank J. Broucek, appellant, v. John H. Ehardt, appellee. Gen. No. 37,133.

Opinion filed February 5, 1934.

John A. Cooke and Morris J. Drezner, for appellant; John F. Lax, of counsel. Ben Aronin, for appellee; Ely R. Harelik, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Cornelius Burke, appellant, v. Continental Life Insurance Company of St. Louis, Missouri, appellee. Gen. No. 37,151.

Opinion filed February 5, 1934.

Owens & Owens, for appellant. W. T. ApMadoc, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

The Northern Trust Company, complainant, v. Margaret Phelan et al., defendants.

Margaret Phelan, appellant, v. The Northern Trust Company et al., appellees. Gen. No. 37,154.

625

 Opinion
filed February 5, 1934. Rehearing denied February 19, 1934.
Cutting, Moore & Sidley and William P. Sidley, for appellant; Edward D. McDougal, Jr., James F. Oates, Jr., and George Ragland, Jr., of counsel. Trude & Kahane, for appellee Northern Trust Co. Wilson & McIlvaine, for appellee New York Hospital. Butz, Von Ammon & Marx, for appellees Bernice E. Sutherland and Caroline Van Lennep. Thomas J. Peden, for appellee Grover M. Hermann.

Mr. Justice McSurely delivered the opinion of the court.

Richard L. Williams, defendant in error, v. Foreman-State Trust and Savings Bank, executor of the estate of Lucas R. Williams, deceased, plaintiff in error. Gen. No. 36,965.

 Opinion filed
February 5, 1934. Rehearing denied February 19, 1934.
Nicholson, Snyder, Chadwell & Fagerburg, for plaintiff in error; John R. Nicholson and Russell Greenacre, of counsel. Warren Pease, for defendant in error; J. Arthur Johnson, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Cline C. Brosius for the use of Charles W. Lamborn and Charles H. Heckler, appellee, v. John P. Stephany, appellant. Gen. No. 37,041.

 Opinion filed
February 5, 1934.
Seymour N. Cohen, for appellant. Charles W. Lamborn, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

The Gomberg Company, appellee, v. Julius M. Kahn, appellant. Gen. No. 37,082.

 Opinion filed February 5, 1934.
Bernstein, Zolla & Bernstein, for appellant; Ralph M. Schwartzberg, of counsel. Harry P. Bovshow, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

F. A. Bosco, appellee, v. Maciej Noga and Stanley Noga, appellants. Gen. No. 37,091.

